**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

**ABC IP, LLC, a Delaware limited liability company,**

**RARE BREED TRIGGERS, INC., a Texas corporation,**

**and**

**RBTM LLC, a Wyoming limited liability company**

**Plaintiffs,**

**vs.**

**Josh Jourdan, an individual, d/b/a Trigger Man**

**Defendant.**

**Case No. 0:26-CV-00113-DLB-EBA**

**JURY TRIAL DEMANDED**

**JOINT MOTION FOR EXTENSION OF TIME**

Defendant Josh Jourdan, an individual, d/b/a Trigger Man ("Defendant"), by and through undersigned counsel, and with the consent of Plaintiffs ABC IP, LLC; Rare Breed Triggers, Inc.; and RBTM LLC (collectively, "Plaintiffs") (together, the "Parties"), respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Joint Local Rule 7.1(b), for an extension of time in which to answer or otherwise respond to Plaintiffs' Complaint, and in support thereof states as follows:

1. On July 23, 2026, Plaintiffs filed their Complaint for Patent and Trademark Infringement in this action. Service of the Complaint and Summons was completed on Defendant

on August 3, 2026. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's answer or responsive pleading is currently due twenty-one (21) days after service, i.e., August 24, 2026.

2. The Parties have agreed to an extension of twenty-one (21) days, up to and including September 14, 2026, in which Defendant is to answer or otherwise respond to Plaintiffs' Complaint.

3. Good cause exists for the requested extension. Defendant only recently retained counsel and requires additional time to confer with counsel, investigate the allegations and prepare an appropriate responsive pleading.

4. This Motion is timely filed pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) because it is being filed before the expiration of the original deadline to respond.

5. All Parties consent to and join in this Motion. The requested extension is not sought for purposes of delay and will not prejudice any party. No scheduling order has bene entered in this matter, and the extension will not affect any existing case deadlines.

6. Pursuant to Joint Local Rule 7.1(b), the parties have agreed to this extension of time by agreed order. A separate [Proposed] Agreed Order is tendered herewith in compliance with Joint Local Rule 7.1(e).

**DATED**: August 24, 2026

Respectfully submitted,


/s/ Matthew A. Colvin
Byron N. Miller
**THOMPSON MILLER & SIMPSON, PLC**
734 West Main Street, Suite 400
Louisville, KY 40202
E-mail: bmiller@tmslawplc.com
Tel: (502)585-9900
Fax: (502)585-9993

Glenn D. Bellamy (*Pro Hac Vice Forthcoming*)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Matthew A. Colvin *(admitted Pro Hac Vice)*
Texas Bar No. 24087331
Carl E. Bruce *(admitted Pro Hac Vice)*
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff *(admitted Pro Hac Vice)*
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

*Attorneys for Plaintiffs*
*ABC IP, LLC, and Rare Breed Triggers, Inc.*

/s/ J. Tyler Boyce
John Tyler Boyce *(Pro Hac Vice Forthcoming)*
Texas Bar No. 24127214
**KING & SPALDING LLP**
1100 Louisiana, Suite 4100
Houston, TX 77002
Tel.: (713) 276-7324
Email: tboyce@kslaw.com

Rex A. Mann *(Pro Hac Vice Forthcoming)*
Texas Bar No. 24075509
**KING & SPALDING LLP**
2601 Olive Street
Suite 2300
Dallas, TX 75201
Tel.: (214) 764-4600
Email: rmann@kslaw.com

*Attorneys for Defendants*
*Josh Jourdan d/b/a Trigger Man*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2026, the foregoing was filed electronically via the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/_Matthew A. Colvin*____________
Matthew A. Colvin